# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| CARL SADLER | : | No. 413 EAL 2019 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| WORKERS' COMPENSATION APPEAL BOARD | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: PHILADELPHIA COCA-COLA COMPANY | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 28th day of January, 2020, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to all remaining issues. The issues, as stated by petitioner are:

(1) Whether the Commonwealth Court erred in reversing the appeal board's affirmance of the WCJ's grant of [Petitioner's] suspension petition for a 75 week period which allowed [Petitioner] to assert a credit against [Respondent's] future compensation for money paid to [Respondent] during his incarceration as the grant of a suspension was consistent with the Act and the applicable case law?

(2) Whether the Commonwealth Court's interpretation that [Petitioner] is precluded from suspending benefits under the circumstances of this case, creates an unequal application of the law for similarly situated claimants, and similarly-situated employers in violation of the Equal Protection guarantees of the Constitutions of the Commonwealth of Pennsylvania and the United States of America?

Petitioner's Application for Supersedeas is **DENIED**.